# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## HON. ROY K. ALTMAN

## ORDER SCHEDULING VIDEO STATUS CONFERENCES

A status conference session has been scheduled to consider various matters before the Court. The Plaintiffs' Complaints allege violations of one of the following: the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181, *et seq*; the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681, *et seq*.; or the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*. the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203; or the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227. Consistent with the Court's practices in these cases, counsel shall appear at a status conference on **Friday, July 30, 2021 at 1:00 p.m. and 4:00 p.m.** Matters scheduled for consideration at this session are listed below with corresponding times.

The conference will be conducted via Zoom videoconference. The Meeting ID is 161 2752 2255. The Passcode is 7777. The videoconference is also available at zoom.us, by clicking the link "join a meeting" and entering the above Meeting ID and Passcode. Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.
2. The parties are not personally required to appear, but a representative of each party with full authority to enter a full compromise must appear.
3. If an agreement is reached, the parties shall promptly notify the Court.
4. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.**
5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

6. The cases will be called according to the following schedule:

   a. **1:00 p.m.**

      i. 21-cv- 22313 - *Cohan v. Whole Foods Market Group, Inc.*

      ii. 21-cv-61013 - *Cohan v. PB Donuts, LLC*

      iii. 21-cv-80922 - *Cohan v. Brookwood Properties Subsidiary, LLC*

      iv. 21-cv-22278 - *Gomez v. Urock Couture, Inc.*

      v. 21-cv-22288 – *Pinero v. Grove City Motel LLC et al*

      vi. 21-cv-22558 - *Pinero v. Sundek, LLC*

      vii. 21-cv-22468 - *Barberi v. JS International Wholesale Inc. et al*

      viii. 21-cv-61134 - *Cohan v. Burlington Coat Factory Warehouse Corp.*

   b. **4:00 p.m.**

      i. 21-cv-60681 - *Roye v. Kaye Bender Rembaum PL et al*

      ii. 21-cv-61163 - *Williams v. Healthcare Revenue Recovery Group, LLC*

      iii. 21-cv-61158 - *Rodriguez v. Solomon, Vigh & Springer, PA*

      iv. 21-cv-80338 - *Sinkfield v. Persolve Recoveries, LLC*

      v. 21-cv-61428 - *Ayala v. Healthcare Revenue Recovery Group, LLC*

      vi. 21-cv-61178 - *Zahriyeh v. F.H. Cann & Associates, Inc.*

      vii. 21-cv-22459 – *Avila v. WebCollex, LLC*

      viii. 21-cv-61429 - *Velez v. Experian Information Solutions, Inc. et al*

      ix. 21-cv-61065 - *Rivera v. MRS BPO LLC*

      x. 21-cv-61125 - *Grzeszczak v. Ability Recovery Services LLC et al*

      xi. 21-cv-60824 - *Ardaly v. Experian Information Solutions, Inc.*

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of July 2021.

                                          **ROY K. ALTMAN**
                                          **UNITED STATES DISTRICT JUDGE**

cc: counsel of record